IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>APPLICATION OF PIONEER RECOVERY FUND LP and CHAMPLAIN INVESTMENT HOLDINGS LTD. TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782<br><br>Applicants. | Case No. 1:20-mc-0293 |

**APPLICATION OF PIONEER RECOVERY FUND LP and CHAMPLAIN
INVESTMENT HOLDINGS LTD. TO TAKE DISCOVERY
PURSUANT TO 28 U.S.C. § 1782**

Ropers Majeski P.C.
750 Third Avenue, 25th Floor
New York, New York 10017
(212) 668-5927

Based on the accompanying Memorandum of Law and Declaration of Blaise U. Chow, Pioneer Recovery Fund LP ("The Fund") and Champlain Investment Holdings Ltd. ("Champlain" and together, "Applicants") respectfully petition this Court for an order pursuant to 28 U.S.C. § 1782 ("Section 1782") authorizing them to take discovery from Amanda Wilson ("Wilson"), 10 East 63rd Street, Inc. ("10 E 63rd"), Pedro Santiago ("Santiago"), Astrid Pillay ("Pillay") and Charles Holzer ("Holzer" and, collectively, "Respondents") for use in a foreign proceeding in the Commonwealth of the Bahamas (the "Foreign Proceeding").

Applicants satisfy each of the three statutory requirements set forth in Section 1782. *First,* the parties from whom discovery is sought are each located within the Southern District of New York. *Second,* the documents and deposition testimony requested by Applicants are "for use" in the Foreign Proceeding. *Third,* Applicants qualify as "interested persons" under Section 1782, as they are parties in the Foreign Proceeding and/or were involved in transactions central to the Foreign Proceeding.

Further, each of the four discretionary factors established in *Intel Corp. v. Advanced Micro Devices, Inc.,* 542 U.S. 241, 264-65 (2004), support granting this Application. *First,* the discovery sought by Applicants is unattainable by the Foreign Proceeding tribunal. *Second,* Applicants are not aware of any reason why the Foreign Proceeding tribunal would not be receptive to this discovery, and indeed courts routinely order discovery under Section 1782 for use in proceedings similar to that at issue in this Application. *Third,* Applicants seek this discovery in good faith. Thus, this application is not an attempt to circumvent foreign proof-gathering restrictions or other policies. *Finally,* Applicants' discovery requests are not unduly intrusive or burdensome, as they relate to the precise subject matter of the underlying Foreign Proceeding and are narrowly tailored to that subject matter.

Accordingly, and for the reasons described in their Memorandum of Law, Applicants respectfully request that the Court issue the attached [Proposed] Order, which will grant them permission to serve Respondents with subpoenas substantially in the form of those attached to the Declaration of Blaise U. Chow, Esq. as Exhibits A through E.

Dated: New York, New York
August 21, 2020

Respectfully submitted,

By: _____
    Blaise U. Chow, Esq.
ROPERS, MAJESKI, P.C.
750 Third Avenue, 25th Fl.
New York, New York 10017
Tel: (212) 668-5927
Fax: (212) 668-5959
blaise.chow@rmkb.com
*Attorneys for Applicants*