UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| APPLICATION OF PIONEER RECOVERY FUND LP and CHAMPLAIN INVESTMENT HOLDINGS LTD. TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782,<br><br>Applicants. | 20mc00293 (JGK) (DF)<br><br>**ORDER** |

**DEBRA FREEMAN, United States Magistrate Judge:**

Pioneer Recovery Fund LP and Champlain Investment Holdings Ltd. (together, "Applicants") having filed a letter motion dated September 24, 2021 (Dkt. 24), requesting that this Court compel respondent Charles Holzer ("Holzer") to comply with a subpoena that Applicants reportedly served on him on January 29, 2021 (*see* Dkt. 24-1), it is hereby ORDERED as follows:

1. Applicants are directed serve a copy of their letter motion, along with a copy of this Order, on Holzer by a means reasonably calculated to reach him, and to file proof of such service on the Docket no later than October 22, 2021.

2. If Holzer wishes to respond to the motion, he may have until November 5, 2021 to do so. If he wishes to respond without counsel, then he should mail his response to the Court's *Pro Se* Office, at the following address:

> *Pro Se* Intake Unit
> U.S. Courthouse
> 40 Foley Square, Room 105
> New York, NY 10007

Holzer should include, in his response, his name and the Case Number of this action: 20mc00293 (JGK) (DF).

2

      3.      Holzer is cautioned that, if this Court does not receive a response from him by November 5, 2021, then it may proceed to resolve the pending motion solely on the basis of the Applicants' written submissions.

Dated: New York, New York
          October 19, 2021

                                        SO ORDERED

                                        *[signature]*

                                        DEBRA FREEMAN
                                        United States Magistrate Judge

<u>Copies to</u>:

Counsel for Applicants (via ECF)